**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCES M. WEEKS-ANDEREGG,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA; CIVIL AIR PATROL FOUNDATION, INC., an Alabama Domestic Non-Profit Corporation d/b/a CIVIL AIR PATROL, INC.; DOES I-XV, inclusive; and ROE BUSINESS ENTITIES I-XV, inclusive,<br><br>  Defendants. | 2:13-CV-00610-GMN-(VCF) |

**ORDER**

This Court having been apprised by the United States of America that Daniel G. Bogden, United States Attorney for the District of Nevada, an authorized representative of the Attorney General of the United States of America, has certified that Federal Defendant Kathrynne Alexine McPherson was acting within the course and scope of her duties as she carried out the mission assigned by the Secretary of the Air Force as a member of the Civil Air Patrol at all times relevant to the events alleged in Plaintiff's Complaint pursuant to 28 U.S.C. §§ 2679(b)(1) and (d)(2) and 10 U.S.C. § 9442(b)(2) and having been apprised of the Substitution of the United States of America in place of Federal Defendant Kathrynne Alexine McPherson pursuant to 28 U.S.C. §§ 2679(b)(1) and (d)(2) and 10 U.S.C. § 9442(b)(2),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Federal Defendant Kathrynne Alexine McPherson is dismissed from this action on the grounds that the exclusive remedy for such claim

1. is an action against the United States of America pursuant to 28 U.S.C. §§ 2679(b)(1) and (d)(2) and 10 U.S.C. § 9442(b)(2);

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States of America has been substituted as a Federal Defendant in this case;

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the caption of this action shall be amended to reflect the substitution of the United States of America in place of Federal Defendant Kathrynne Alexine McPherson.

    **DATED** this 16th day of April, 2013.

    _____
    Gloria M. Navarro
    United States District Judge